**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                           :
                                                                              :
                                Government,        :        24 CR. 70 (RMB)
                                                                              :
        - against -                                  :        **ORDER**
                                                                              :
                                                                              :
SALEH ABDILLAH SALEH,                               :
                                                                              :
                                Defendant.          :
---------------------------------------------------------------x

        The sentencing scheduled for Wednesday, May 22, 2024 at 10:00 A.M. will take place in Courtroom 17B.

Dated: May 15, 2024
        New York, NY

                                                           _____
                                                                RICHARD M. BERMAN
                                                                      U.S.D.J.