

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 24, 2024

**BY ECF**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Saleh Abdillah Saleh*, 24 Cr. 70 (RMB)

Dear Judge Berman:

The Government writes in response to the Court's October 11, 2024 order directing the Government to confer with the U.S. Probation Department and respond to the defendant's motion for a reduction in sentence by October 25, 2024. Dkt. No. 29. For the reasons that follow, the Government respectfully requests one additional week to respond to the defendant's motion, until November 1, 2024 and, in any event, does not believe the defendant to be eligible for the sentencing reduction he seeks.

After consulting with the Probation Department, the Government understands that a supplemental Presentence Report will be issued by the Probation Department on or about tomorrow, October 25, 2024. In addition, the Government expects that such a report will indicate that the defendant is ineligible for any reduction under Amendment 821 in light of his possession of a firearm.

In light of the foregoing, the Government respectfully requests that the Court adjourn the deadline for the Government's response to the defendant's motion until November 1, 2024.

Application granted.

SO ORDERED:
Date: 10/25/2024
Richard M. Berman, U.S.D.J.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

Kyle A. Wirshba
Assistant United States Attorney
(212) 637-2493